UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARK DAVIS, et al.,

    Plaintiffs,

                                    Case No.: 3:17-cv-820-J-34PDB

vs.

JULIE JONES, et al,

    Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (Doc. 1)

Defendants, JULIE JONES, SECRETARY OF THE FLORIDA DEPARTMENT OF CORRECTIONS ("JONES"), BARRY REDDISH ("REDDISH"), and KEVIN JORDAN ("JORDAN"), through undersigned counsel, and pursuant to Rule 6(b), Fed. R. Civ. P., file this Unopposed Motion for Extension of Time to Respond to the Complaint (Doc. 1). Defendants submit the following in support thereof:

1.     JONES was served on August 1, 2017, REDDISH was served on August 2, 2017, and JORDAN was served on August 15, 2017.

2.     The first Defendant's response to the complaint is due this date, August 22, 2017.

3.     Defendants' counsel is seeking a forty-five (45) day extension of time, up to an including **October 6, 2017**, within which to respond to the Complaint, for the following reasons:

        a.     To give counsel time to investigate the allegations made by the Class Plaintiffs, including whether all Plaintiffs have exhausted their administrative remedies.

      b.      The undersigned transferred from the South Florida/Fort Lauderdale Office of Attorney General location on July 24, 2017. The undersigned's new case load consists of, in part, the *Chapman/Rainey v. Florida Department of Corrections* case (Case No.: 1:14-cv-23323-RNS) which is in discovery and very active, requiring the undersigned to travel to South Florida. For example, the undersigned traveled to Miami, Florida for depositions August 10, 2017 through August 14, 2017. Undersigned counsel is travelling to South Florida again this week, from August 24 through August 29, 2017, for depositions and discovery.

4. This motion is unopposed. See Local Rule 3.1(g) certification below.

## MEMORANDUM OF LAW

Pursuant to Federal Rule of Civil Procedure 6(b)(1):

    (b) EXTENDING TIME.

    (1) *In General*. When an act may or must be done within a specified time, the court may, for good cause, extend the time:

    (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or

    (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Based on the foregoing, undersigned counsel respectfully requests the Court grant the Defendant's unopposed motion for extension of time within which to respond to the Complaint, up to and including **October 6, 2017.**

WHEREFORE, Defendants respectfully request the Court grant the Defendants' Unopposed Motion for Extension of Time to Respond to the Complaint.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Defendants JONES, REDDISH, and JORDAN, conferred with Plaintiff's Counsel, Claire Wheeler, Esq., by telephone conference on August 21, 2017, who agreed to the resolution of this motion. This motion is unopposed.

Respectfully submitted,

**PAMELA JO BONDI**
**ATTORNEY GENERAL**

/s/ Monica Galindo Stinson
MONICA GALINDO STINSON
TRIAL COUNSEL
Fla. Bar No.: 145785
Senior Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
The Capitol – PL-01
Tallahassee, Florida 32399-2500
Telephone (850) 414-3300
Facsimile (850) 488-4872
Email: Monica.Stinson@myfloridalegal.com
Attorney for Defendants JONES, REDDISH, and JORDAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 22, 2017, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that a true and correct copy of the foregoing was served on all counsel or parties of record on the Service List below by CM/ECF.

/s/ Monica Galindo Stinson
Monica Galindo Stinson
Senior Assistant Attorney General

## SERVICE LIST

**Linda McDermott**
**Martin J. McClain**
MCCLAIN & MCDERMOTT P.A.
141 NE 30th Street
Wilton Manors, FL 33334-1064
Tel. (850) 322-2172
Fax (954) 564-5412
*Lindamcdermott@msn.com*
*martymcclain@earthlink.net*
Counsel for Plaintiffs

**Claire Wheeler**
**Seth A. Rosenthal**
VENABLE LLP
575 7th Street NW
Washington, DC  20004
Tel. (202) 653-3705
Fax (202) 344-8300
*Cmwheeler@venable.com*
*Sarosenthal@venable.com*
Counsel for Plaintiffs

**Maggie T. Grace**
**Matthew T. Shea**
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Tel. (410) 244-7400
Fax (410) 244-7742
*Mtgrace@venable.com*
*Mtshea@venable.com*
Counsel for Plaintiffs