UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARK DAVIS, on behalf of himself and
all others similarly situated, et al.,

        Plaintiffs,

v.                                        Case No. 3:17-cv-820-J-34PDB

MARK S. INCH, in his official capacity as
an employee of the Florida Department
of Corrections, et al.,

        Defendants.
_____/

### N O T I C E

The discussions are continuing, and the parties request more time for mediation. I am in the process of scheduling another session for January 2020. I will keep you advised of the process.

                                            HARVEY E. SCHLESINGER
                                            UNITED STATES DISTRICT JUDGE

Dated October 29, 2019

Copies to:
Claire M. Wheeler, Esq.
Evan T. Shea, Esq.
Linda McDermott, Esq.
Daniel Andrew Johnson, Esq.
David Welch, Esq.
Joe Belitzky, Esq.
Judge Howard