

750 E. PRATT STREET   SUITE 900   BALTIMORE, MD 21202
T 410.244.7400   F 410.244.7742   www.Venable.com

Evan T. Shea

T 410.528.4649
F 410.244.7742
etshea@venable.com

April 5, 2022

**VIA CM/ECF**

The Honorable Marcia Morales Howard
United States District Judge
United States District Court for the Middle District of Florida
300 North Hogan Street
Jacksonville, Florida 32202

      Re:    **Mark Davis v. Ricky D. Dixon, et al., Civ. No. 17-820-J-34PDB**

Dear Judge Howard:

      This letter is to provide the Court, in anticipation of the April 8, 2022 status conference in the above-referenced matter, a proposed revised settlement agreement. *See* Exhibits 1 and 2 attached hereto (redline and clean versions of the revised settlement agreement, respectively). Plaintiffs' counsel (in consultation with the three female death row inmates housed at the Lowell Annex) and Defendants' counsel negotiated this revised agreement to address the inability of the Defendants to implement portions of the settlement agreement at Lowell. *See* ECF No. 99. The parties will be prepared to answer any questions the Court has at the status conference on April 8.

                              Very truly yours,

                                /s/

                              Evan T. Shea

cc:    All counsel of record via CM/ECF