

750 E. PRATT STREET   SUITE 900   BALTIMORE, MD 21202
T 410.244.7400   F 410.244.7742   www.Venable.com

Evan T. Shea

T 410.528.4649
F 410.244.7742
etshea@venable.com

April 27, 2022

<u>**VIA CM/ECF**</u>

The Honorable Marcia Morales Howard
United States District Judge
United States District Court for the Middle District of Florida
300 North Hogan Street
Jacksonville, Florida 32202

      **Re:**     **Mark Davis v. Ricky D. Dixon, et al., Civ. No. 17-820-J-34PDB**

Dear Judge Howard:

      As discussed at the April 8, 2022 status conference in the above-referenced matter, attached is an executed copy of the parties' proposed revised settlement agreement. *See* Exhibit A. The parties are available should the Court have any questions.

                        Very truly yours,

                        /s/

                        Evan T. Shea

cc:     All counsel of record via CM/ECF