# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MARK DAVIS, et al., on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

Case No. 3:17-cv-820-MMH-PDB

RICKY D. DIXON, in his official capacity as an employee of the Florida Department of Corrections, et al.,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court sua sponte. The Court recently received a letter dated August 25, 2022, from Class Member Ronald W. Clark Jr., which is attached to this Order. In the letter, Clark requests leave to appear at the September 22, 2022 status conference in this case. Upon due consideration, the Court denies this request as Class Members will be represented by Class Counsel at the hearing. If, at a later date, the Court determines that an evidentiary hearing is necessary, the Court will consider allowing Class Members to appear at that time. Nevertheless, to the extent Clark raises additional arguments regarding Defendants' failure to comply

-1-

with the Settlement Agreement, the parties should be prepared to address these points at the Status Conference.

**DONE AND ORDERED** in Jacksonville, Florida, on August 31, 2022.

MARCIA MORALES HOWARD
United States District Judge

lc11

Att: August 25, 2022 Clark Letter

Copies to:

Counsel of Record
Ronald W. Clark Jr.