# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MARK DAVIS, et al.,

    Plaintiffs,

v.                                                           Case No.: 3:17-cv-820-MMH-PDB

RICKY D. DIXON, et al.,

    Defendants.

_____

## **DEFENDANTS' FIRST MONTHLY STATUS REPORT**

    Defendants, RICKY DIXON, et al., through undersigned counsel, and pursuant to this Court's Order [Doc. 184, pgs. 2, 3], file their monthly status report as to the progress of their compliance with the Settlement Agreement.

    As their response to the items raised in this Court's Order, Defendants refer to the attached Declaration of Carl Wesley Kirkland, Jr., Deputy Director of Institutional Operations for the Florida Department of Corrections.  (Ex. A)

                                                            Respectfully Submitted,

                                                            **ASHLEY MOODY**
                                                            **ATTORNEY GENERAL**

                                                            **/s/** Joe Belitzky
                                                           Joe Belitzky
                                                          Senior Assistant Attorney General
                                                          Florida Bar No.: 217301

Office of the Attorney General  
The Capitol, Suite PL-01  
Tallahassee, Florida 32399-1050  
Telephone: (850) 414-3300  
Facsimile:  (850) 488-4872  
Joe.Belitzky@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed through the EM/ECF filing system on October 14, 2022.

/s/ Joe Belitzky
Joe Belitzky